1
2
3
4
5
6
7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    ANTHONY TAYLOR,                          No. CIV S-06-1927-DFL-CMK-P

12               Petitioner,

13         vs.                                  ORDER

14    T. FELKER, Warden, et al.,

15               Respondents.

16    _____/

17               Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's petition for

19    a writ of habeas corpus (Doc. 1), filed on August 28, 2006.

20               The court has examined the petition as required by Rule 4 of the Federal Rules

21    Governing Section 2254 Cases.  It does not plainly appear from the petition and any attached

22    exhibits that petitioner is not entitled to relief.  See id.  Respondents, therefore, will be directed to

23    file a response to petitioner's petition.  See id.  If respondents answer the petition, such answer

24    must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases.  Specifically, an

25    answer shall be accompanied by any and all transcripts or other documents relevant to the

26    determination of the issue(s) presented in the petition.  See id.

                                              1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.    Respondents are directed to file a response to petitioner's petition within

3  30 days from the date of service of this order;

4        2.    Petitioner's traverse or reply (if respondents file an answer to the petition),

5  if any, or opposition or statement of non-opposition (if respondents file a motion in response to

6  the petition) shall be filed and served within 30 days of service of respondents' response; and

7        3.    The Clerk of the Court shall serve a copy of this order, together with a

8  copy of petitioner's petition for a writ of habeas corpus on Stanley Cross, Senior Assistant

9  Attorney General.

10

11  DATED:   August 30, 2006.

12

13                                                  _____
                                                    **CRAIG M. KELLISON**
14                                                  UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26