IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY TAYLOR,

    Petitioner,                   No. Civ S-06-1927 ALA HC

    vs.

T. FELKER, Warden, et al.,

    Respondents.           <u>ORDER</u>

_____/

    Respondent has filed an answer to the petition. Petitioner Anthony Taylor is directed to file a traverse.

    Therefore, IT IS HEREBY ORDERED that Petitioner file a traverse within thirty-five (35) days of the date of this order.

/////

DATED: December 21, 2007

                                       <u>/s/ Arthur L. Alarcón</u>
                                       UNITED STATES CIRCUIT JUDGE
                                       Sitting by Designation