IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY TAYLOR,

    Petitioner,                    No. Civ S-06-1927 ALA HC

    vs.

T. FELKER, Warden, et al.,

    Respondents.                ORDER

_____/

    On January 10, 2008, Petitioner Anthony Taylor, a state prisoner proceeding pro se, filed a request for an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's January 10, 2008, request for an extension of time is granted; and

    2. Petitioner shall file a traverse within thirty-five (35) days of the date of this order.

/////

DATED: January 14, 2008

                                    /s/ Arthur L. Alarcón
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation

1