IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY TAYLOR,

      Petitioner,               Case No. 2:06-cv-01927 ALA (HC)

    vs.

T. FELKER, Warden, et al.,

      Respondents.            **ORDER**

_____/

    On April 7, 2008, this Court ordered the parties to submit briefing on pertinent changes in authority. (Doc. 17). It is **HEREBY ORDERED** that the aforementioned Order for briefing be vacated.

/////

DATED: May 16, 2008

                                                /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation